IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SHERYL LYNN HILL, GUARDIAN,

     Appellant,

v.

Case No. 5D16-1362

IN RE: THE GUARDIANSHIP OF
MARY JACOB,

     Appellee.

_____/

Opinion filed September 9, 2016

Appeal from the Circuit Court
for Marion County,
Jonathan D. Ohlman, Judge.

Russell W. LaPeer, of Landt, Wiechen,
LaPeer, & Ayres, LLP, Ocala, for
Appellant.

Dennis J. Moe, of Dennis J. Moe, P.A.,
Ocala, for Appellee.

ON CONCESSION OF ERROR

PER CURIAM.

Pursuant to Appellee's Concession of Error, we reverse the trial court's "Order Restoring Certain Rights and Denying Others," and we remand to the trial court for an order that is consistent with this opinion.

REVERSED and REMANDED.

BERGER, WALLIS and LAMBERT, JJ., concur.